AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

| | | |
|---|---|---|
| Imani Nembhard | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:21-cv-350-RP |
| Williamson County, Texas, Robert Chody, and Christopher Pisa | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Williamson County, Texas
710 S. Main St. #101
Georgetown, Texas 78262

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Scott H. Palmer, P.C.

Scott H. Palmer
15455 Dallas Parkway
Suite 540
Addison, Texas 75001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Jeannette J. Clack**
CLERK OF COURT

Date: April 21, 2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-350-RP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Williamson County, Texas
was received by me on *(date)*  04/21/2021 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Bill Gravell, Jr. as County Judge  , who is
designated by law to accept service of process on behalf of *(name of organization)*  Williamson County, Texas at
710 S Main St, Suite 101, Georgetown, TX. 78626 @ 2:40pm  on *(date)*  04/22/2021  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  04/23/2021

*Server's signature*

Chris Dathe, PSC-6008, Certified Private Process Server
*Printed name and title*

815-A Brazos St
#276
Austin, Texas 78701
*Server's address*

Additional information regarding attempted service, etc: