IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IMANI NEMBHARD, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:21-CV-350-RP |
| WILLIAMSON COUNTY, TEXAS, ROBERT CHODY, and CHRISTOPHER PISA, | § § § § § | |
| Defendant. | § § | |

## **FINAL JUDGMENT**

On March 24, 2022, the Court adopted United States Magistrate Judge Mark Lane's report and recommendation concerning Defendant Williamson County's Motion to Dismiss Plaintiff's Original Complaint, (Dkt. 10), and Defendant Robert Chody's Motion to Dismiss Plaintiff's Original Complaint, (Dkt. 13). (R. & R., Dkt. 21). The Court's Order dismissed without prejudice Plaintiff Imani Nembhard ("Nembhard") claims in this case. (Dkt. 25, at 2). Nembhard was given until April 24, 2022 to file an amended complaint. (*Id.*). Nembhard was warned that failure to timely file an amended complaint may result in final judgment being entered. (*Id.*). Nembhard failed to timely file an amended complaint and, as of this date, has not filed an amended complaint.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on June 9, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE