**United States Court of Appeals
for the Fifth Circuit**

FILED
October 26, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____klw_____
DEPUTY

_____

No. 23-50207
_____

Imani Nembhard,

         *Plaintiff—Appellant*,

versus

Williamson County, Texas; Robert Chody,

         *Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:21-CV-350 RP

_____

CLERK'S OFFICE:

    Under Fed. R. App. P. 42(b), the appeal is dismissed as of October 26, 2023, pursuant to appellant's motion.

                            LYLE W. CAYCE
                            Clerk of the United States Court
                            of Appeals for the Fifth Circuit

                By: _____
                      Melissa B. Courseault, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued Oct 26, 2023**

*[signature: Lyle W. Cayce]*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 26, 2023

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

     No. 23-50207   Nembhard v. Williamson County, Texas
                      USDC No. 1:21-CV-350

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Melissa B. Courseault, Deputy Clerk
                            504-310-7701

cc w/encl:
     Mrs. Alyssa M. Barreneche
     Mr. Niles Stefan Illich
     Mr. David Randall Montgomery
     Mr. Scott H. Palmer
     Ms. Tiffany Pham
     Ms. Carmen Jo Rejda-Ponce
     Mr. James Painter Roberts
     Mr. Larry James Simmons Jr.
     Mrs. Kelli Burris Smith